DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-07-0201 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| ROBERT ALLEN BOHANNA and NORMAN GRESHAM III, | ) | |
| Defendant. | ) | DATE: May 16, 2007<br>Time: 2:00 p.m.<br>Judge: Gregory G. Hollows |

Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the preliminary hearing for Robert Bohanna and Norman Gresham III, set for May 11, 2007 be rescheduled for Wednesday, May 16, 2007 at 2:00 p.m.

This continuance is being requested because both defense counsel require additional time to review discovery, discuss the case with the government, and pursue investigation.

1

1 | Further, the Defendants consent to an extension of the time
2 | for preliminary examination until May 16, 2007.  Fed. R. Crim. P.
3 | 5.1(d).  The parties submit that the ends of justice are served
4 | by the Court excluding such time, so that they may have
5 | reasonable time necessary for effective preparation, taking into
6 | account the exercise of due diligence.  18 U.S.C.
7 | § 3161(h)(8)(B)(iv).  In particular, the time is required so that
8 | the parties can discuss a proposed disposition and conduct
9 | investigation.  The parties stipulate that this interest of
10 | justice outweighs the interest of the public and the defendants
11 | in a speedy filing of an indictment or information, 18 U.S.C. §§
12 | 3161(b), (h)(8)(A), and further that this good cause outweighs
13 | the public's interest in the prompt disposition of criminal
14 | cases.  Fed. R. Crim. P. 5.1(d).
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1  The parties further request that this matter be taken off
2 calendar until May 16, 2007 or such time as either party may
3 request a hearing for a purpose other than preliminary
4 examination.

DATE: May 10, 2007                    Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                       /s/   Dennis S. Waks for
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney



DATED: May 10, 2007                    /s/ Rachelle Barbour
                                      Rachelle Barbour
                                      Assistant Federal Defender


DATED: May 10, 2007                    /s/ Dennis S. Waks
                                      Supervising Assist. Fed.
                                      Defender
                                      For ROBERT BOHANNA


DATED:  May 10, 2007                   /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for
                                      NORMAN GRESHAM, III

**SO ORDERED.**

Dated: 5/16/07


                                      /s/ Gregory G. Hollows
                                      _____
                                      GREGORY G. HOLLOWS
                                      United States Magistrate Judge
bohanna.ord2