```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
RACHELLE BARBOUR, BAR # 185395
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 07-0201-FCD |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR STATUS |
| ROBERT ALLEN BOHANNA and ) NORMAN GRESHAM III, ) | CONFERENCE AND EXCLUDE TIME |
| ) | DATE: June 25, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| _____) | Judge: Frank C. Damrell Jr. |

Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference set for June 4, 2007 be rescheduled for Monday, June 25, 2007 at 10:00 a.m. for both defendants.

This continuance is being requested because both defense counsel require additional time to review discovery, discuss the case with the government, and pursue investigation.

1  The parties submit that the ends of justice are served by
2 the Court excluding such time, so that they may have reasonable
3 time necessary for effective preparation, taking into account the
4 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local
5 T4).  In particular, the time is required so that the parties can
6 discuss a proposed disposition and conduct investigation.

8 DATE: May 30, 2007                  Respectfully Submitted,

9                                     McGREGOR W. SCOTT
                                      United States Attorney

11                                     /s/  Dennis S. Waks for
                                      WILLIAM S. WONG
12                                    Assistant U.S. Attorney

14
   DATED: May 30, 2007                /s/ Rachelle Barbour
15                                    Rachelle Barbour
                                      Assistant Federal Defender
16

17 DATED: May 30, 2007                /s/ Dennis S. Waks
                                      Supervising Assist. Fed.
18                                    Defender
                                      For ROBERT BOHANNA

20 DATED: May 30, 2007                /s/ Christopher Haydn-Myer
                                      CHRISTOPHER HAYDN-MYER
21                                    Attorney for
                                      NORMAN GRESHAM, III

23 **IT IS SO ORDERED.**

24
   Dated: May 31, 2007

27                                    _____
                                      FRANK C. DAMRELL, JR.
28                                    UNITED STATES DISTRICT JUDGE

2