```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    RACHELLE BARBOUR, BAR # 185395
 3  Assistant Federal Defenders
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Cr.S. 07-0201-FCD |
|                 Plaintiff,    ) | |
| v.                                ) | STIPULATION AND ORDER TO |
|                                   ) | EXTEND TIME FOR STATUS |
| ROBERT ALLEN BOHANNA and          ) | CONFERENCE AND EXCLUDE TIME |
| NORMAN GRESHAM III,               ) | |
|                                   ) | DATE: July 23, 2007 |
|                 Defendant.   ) | Time: 10:00 a.m. |
| _____)  | Judge: Frank C. Damrell Jr. |

      Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference set for June 25, 2007 be rescheduled for Monday, July 23, 2007 at 10:00 a.m. for both defendants.

      This continuance is being requested because both defense counsel require additional time to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).  In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation.

DATE: June 22, 2007               Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/  Dennis S. Waks for
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney



DATED: June 22, 2007              /s/ Rachelle Barbour
                                  Rachelle Barbour
                                  Assistant Federal Defender


DATED: June 22, 2007              /s/ Dennis S. Waks
                                  Supervising Assist. Fed.
                                  Defender
                                  For ROBERT BOHANNA


DATED: June 22, 2007              /s/ Christopher Haydn-Myer
                                  CHRISTOPHER HAYDN-MYER
                                  Attorney for
                                  NORMAN GRESHAM, III


**IT IS SO ORDERED.**

Dated: June 22, 2007

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE