```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-0201-FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO VACATE JURY TRIAL AND SET FOR A CHANGE OF PLEA HEARING |
| ROBERT ALLEN BOHANNA and ) NORMAN GRESHAM III, ) | |
| Defendant. ) | DATE: February 4, 2008 Time: 10:00 a.m. Judge: Frank C. Damrell Jr. |

Defendant ROBERT BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the jury trial set for January 23, 2008 be vacated and set a change of plea hearing on Monday, February 4, 2008 at 10:00 a.m. for both defendants.

This continuance is being requested because defense counsel require additional time to negotiate plea agreements, to continue to review discovery, discuss the case with the government, and

1

pursue investigation.

The parties submit that the ends of justice are served by the Court excluding such time through February 4, 2008, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).  In particular, the time is required so that the parties can conduct further investigation and negotiate a proposed disposition.

DATE: January 15, 2008                    Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                           /s/   Dennis S. Waks for
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney


DATED: January 15, 2008                   /s/ Dennis S. Waks
                                          Supervising Assist. Fed.
                                          Defender
                                          For ROBERT BOHANNA


DATED: January 15, 2008                   /s/ Christopher Haydn-Myer
                                          CHRISTOPHER HAYDN-MYER
                                          Attorney for
                                          NORMAN GRESHAM, III


   **IT IS SO ORDERED.**

Dated: January 18, 2008

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE