DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-0201 FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| ROBERT ALLEN BOHANNA and ) | |
| NORMAN GRESHAM III, ) | DATE: February 25, 2008 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Frank C. Damrell Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for February 4, 2008 be rescheduled for a status conference/change of plea hearing on February 25, 2008, at 10:00 a.m. for both defendants.

This continuance is being requested because defense counsel require additional time to negotiate plea agreements, to continue

to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by the Court excluding such time through February 25, 2008, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

DATE: January 31, 2008          Respectfully Submitted,

                                McGREGOR W. SCOTT
                                United States Attorney


                                 /s/  Dennis S. Waks for
                                WILLIAM S. WONG
                                Assistant U.S. Attorney


DATED: January 31, 2008         /s/ Dennis S. Waks
                                Supervising Assistant
                                Federal Defender
                                Attorney for Defendant
                                ROBERT ALLEN BOHANNA


DATED: January 31, 2008         /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Defendant
                                NORMAN GRESHAM, III


**IT IS SO ORDERED.**

Dated: February 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE