DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE/ |
| v. ) | CHANGE OF PLEA |
| ) | |
| ROBERT ALLEN BOHANNA and ) | |
| NORMAN GRESHAM III, ) | DATE: March 10, 2008 |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Judge: Frank C. Damrell, Jr. |
| _____) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for February 25, 2008 be rescheduled for a status conference/change of plea hearing on March 10, 2008 at 10:00 a.m. for both defendants.

This continuance is being requested because defense counsel require additional time to negotiate plea agreements, to continue to review discovery, discuss the case with the government, pursue

investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by the Court excluding such time through March 10, 2008, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: February 21, 2008                Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                         /s/  Dennis S. Waks for
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


Dated: February 21, 2008                /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ROBERT ALLEN BOHANNA


Dated: February 21, 2008                /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        NORMAN GRESHAM, III

**SO ORDERED.**

Dated: February 22, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE