DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> ROBERT ALLEN BOHANNA and        )<br> NORMAN GRESHAM III,             )<br>                                 )<br>            Defendants.          )<br> _____) | 2:07-cr-0201 FCD<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE/CHANGE OF PLEA<br><br>DATE:  March 17, 2008<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell Jr. |

    Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for March 10, 2008, be rescheduled for a status conference/change of plea hearing on March 17, 2008, at 10:00 a.m. for both defendants.

    This continuance is being requested because defense counsel require additional time to negotiate plea agreements, to continue to review discovery, discuss the case with the government, pursue

1  investigation, and negotiate a proposed disposition.
2       The parties submit that the ends of justice are served by
3  the Court excluding such time through March 17, 2008, so that
4  they may have reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

7  Dated: March 7, 2008                  Respectfully Submitted,

8                                        McGREGOR W. SCOTT
                                         United States Attorney
9

10                                         /s/  Dennis S. Waks for
                                         WILLIAM S. WONG
11                                       Assistant U.S. Attorney

12

13 Dated: March 7, 2008                  /s/ Dennis S. Waks
                                         DENNIS S. WAKS
14                                       Supervising Assistant
                                         Federal Defender
15                                       Attorney for Defendant
                                         ROBERT ALLEN BOHANNA
16

17 Dated: March 7, 2008                  /s/ Christopher Haydn-Myer
                                         CHRISTOPHER HAYDN-MYER
18                                       Attorney for Defendant
                                         NORMAN GRESHAM, III
19

20     **IT IS SO ORDERED.**

21 Dated: March 7, 2008

22

23

24                                       _____
                                         FRANK C. DAMRELL, JR.
25                                       UNITED STATES DISTRICT JUDGE

26

27

28