DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-cr-0201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ) | |
| ROBERT ALLEN BOHANNA and ) | DATE: March 31, 2008 |
| NORMAN GRESHAM III, ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell Jr. |
| Defendants. ) | |
| _____) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, defendant NORMAN GRESHAM III, by and through his counsel, CHRISTOPHER HAYDN-MYER, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for March 17, 2008, be rescheduled for a status conference/change of plea hearing on March 31, 2008, at 10:00 a.m. for both defendants.

This continuance is being requested because defense counsel require additional time to negotiate plea agreements, to continue to review discovery, discuss the case with the government, pursue

1

1  investigation, and negotiate a proposed disposition.
2      The parties submit that the ends of justice are served by
3  the Court excluding such time through March 31, 2008, so that
4  they may have reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).
7  Dated: March 19, 2008                Respectfully Submitted,
8                                       McGREGOR W. SCOTT
                                        United States Attorney
9
10                                       /s/  Dennis S. Waks for
                                        WILLIAM S. WONG
11                                      Assistant U.S. Attorney
12
13 Dated: March 19, 2008                /s/ Dennis S. Waks
                                        DENNIS S. WAKS
14                                      Supervising Assistant
                                        Federal Defender
15                                      Attorney for Defendant
                                        ROBERT ALLEN BOHANNA
16
17 Dated: March 19, 2008                /s/ Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
18                                      Attorney for Defendant
                                        NORMAN GRESHAM, III
19
20     **IT IS SO ORDERED.**
21 Dated: March 21, 2008
22
23                                      _____
                                        FRANK C. DAMRELL, JR.
24                                      United States District Judge
25
26
27
28