```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CR-0201 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ROBERT ALLEN BOHANNA and ) NORMAN GRESHAM III, ) | DATE: June 23, 2008<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell Jr. |
| Defendants. ) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for May 5, 2008 be rescheduled for a status conference/change of plea hearing on June 23, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by

the Court excluding such time through June 23, 2008, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: April 29, 2008            Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                               /s/   Dennis S. Waks for
                                              WILLIAM S. WONG
                                              Assistant U.S. Attorney

Dated: April 29, 2008            /s/ Dennis S. Waks
                                              DENNIS S. WAKS
                                              Supervising Assistant
                                              Federal Defender
                                              Attorney for Defendant
                                              ROBERT ALLEN BOHANNA

**IT IS SO ORDERED.**

Dated: April 30, 2008

                                              FRANK C. DAMRELL, JR.
                                              United States District Judge