DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-07-201 FCD |
| | ) | |
| Plaintiff, | ) | ORDER SEALING MOTION |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT ALLEN BOHANNA, et al. | ) | Judge: Kimberly J. Mueller |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS ORDERED that the Motion for Bail Review filed on February 20, 2009 and setting a bail hearing for February 23, 2009, at 2:00 p.m., herein placed in a sealed envelope, shall be maintained under seal by the clerk of this Court and shall not be made available to the public.

Dated:  February 20, 2009.

_____
U.S. MAGISTRATE JUDGE