DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-07-201 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | FOR TEMPORARY RELEASE |
| v. | ) | |
| | ) | |
| ROBERT ALLEN BOHANNA, | ) | |
| | ) | Judge: Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate to the following:

On Sunday, March 1, 2009 the defendant's mother, Mary Bohanna, passed away at Kaiser Hospital located in Roseville, California.

On Monday, March 2, 2009, the defendant, Robert Bohanna appeared before this court, in response to the Government's Motion for Revocation of Magistrate Judge's Order Authorizing Pretrial Release for the Defendant. After a hearing, Mr. Bohanna

1

was ordered to be remanded back into custody. At the end of this hearing, it was agreed by all parties and this court to release Mr. Bohanna from custody to attend the funeral of his mother on a date certain for a time period of (8) eight hours.

The memorial service for Mary Bohanna will be held on Saturday, March 28, 2009, at the Folsom VFW Hall located at 1300 Veterans Way, Folsom, California 95630. Mr. Bohanna is to be released to the custody of Federal Defender, Chief Investigator, Philip L. Oliver and Federal Defender Investigator, Charles Gillespie who will pick up Mr. Bohanna at the El Dorado County Jail, Placerville, California at 11:00 a.m. on March 28, 2009, will be in our Investigator's custody during the 5 ½ hour duration and will return Mr. Bohanna back to the jail on or before 4:30 p.m. on that date.

Dated: March 20, 2009   Respectfully Submitted,

           LAWRENCE G. BROWN
           Acting United States Attorney

           /s/  Dennis S. Waks for
           WILLIAM S. WONG
           Assistant U.S. Attorney

Dated: March 20, 2009   /s/ Dennis S. Waks
           DENNIS S. WAKS
           Supervising Assistant
           Federal Defender
           Attorney for Defendant
           ROBERT ALLEN BOHANNA

**SO ORDERED.**

Dated: March 23, 2009

           FRANK C. DAMRELL, JR.
           UNITED STATES DISTRICT JUDGE